**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| PNC Bank, National Association, successor to National City Bank, successor in interest to Mid America Bank, fsb<br><br>Plaintiff,<br><br>v.<br><br>Jose Jesus Gomez a/k/a Jose De Jesus Gomez; Angelina Gomez<br><br>Defendants. | Case No. 14 cv 07875<br><br>Assigned Judge: Joan B. Gottschall<br><br>Magistrate Judge: Maria Valdez |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor to National City Bank, successor in interest to Mid America Bank, fsb, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Jose Jesus Gomez a/k/a Jose De Jesus Gomez

Angelina Gomez

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file with this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                              PNC Bank, National Association, successor to National City Bank, successor in interest to Mid America Bank, fsb

                                              By: /s/ Matthew L. Hendricksen
                                                           One of Its Attorneys

James M. Crowley (ARDC #6182597)
Matthew L. Hendricksen (ARDC#6296720)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowleylamb@crowleylamb.com
mhendricksen@crowleylamb.com